**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>SUSAN RUTH GARDNER<br>1038 NUTMEG DR<br>MARYSVILLE, OH  43040 | Case No:   05-73939<br><br>Judge:   CHARLES M. CALDWELL |

SSN(S):    XXX-XX-1121

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 24, 2010        /s/ Frank M. Pees
                                 Frank M. Pees
                                 Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| SUSAN RUTH GARDNER<br>1038 NUTMEG DR<br>MARYSVILLE, OH  43040 | 15.02 |